BEFORE THE THIRD DIVISION, OCTOBER 13, 1955

**No. 59351.**—Traders Service Corporation *v.* United States, protest 238449–K (New York).

Opinion by EKWALL, J.   An examination of the record disclosing nothing that would warrant disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 59352.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 248884–K (New York).

Opinion by EKWALL, J.   The record failing to disclose any facts sufficient to overcome the presumption of correctness attaching to the collector's finding, the protest was overruled.

**No. 59353.**—Air Express Int'l Agency, Inc. *v.* United States, protest 248965–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 59354.**—United States Raw Skins Tanners, Inc. *v.* United States, protest 249459–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely.   (Section 514, Tariff Act of 1930.)

**No. 59355.**—Robinson-Wagner Company, Inc. *v.* United States, protest 249538–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.